UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 10 Cr. 256 (RCL) |
| v. | : | |
| TOKIDO RODAS RAMIREZ | : | |
| Defendant. | : | |

### **UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

Defendant Tokido Rodas Ramirez respectfully moves this Court to continue the status hearing in this case, currently scheduled for Friday, February 16, 2024, for approximately ninety (90) days, until on or about May 15, 2024 or a time convenient for the Court's calendar. Undersigned has consulted with the prosecutor assigned to this case, who does not oppose the requested continuance.

The Government has recently advised the defense that the extradition of the last pending co-defendant (Moises Rivera Luna) from Guatemala to the United States has again been delayed and he is not expected to arrive in the United States until the end of October, 2024. While defendant Tokiro Rodas Ramirez is anxious to resolve this case, this Court previously declared the case complex and tolled the Speedy Trial Act. Moreover, there still remains is significant amount of discovery for the defense to review. In order to conserve this Court's resources (and those of the parties), the defense requests this continuance. The defendant agrees to waive his Speedy Trial rights until the next return of Court.

An appropriate draft Order is attached hereto.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire

1

1300 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to Assistant U.S. Attorney Nijar Mohanty, 601 D Street, Washington, D.C. this  14th day of February, 2024.

*Robert Feitel*

_____
Robert Feitel

2