UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :          Case No. 10 Cr. 256 (RCL)

v.                                :

TOKIDO RODAS RAMIREZ              :

Defendant.                        :

## ORDER

Upon consideration of the defendant's Unopposed Motion To Continue the status hearing in this case, currently scheduled for May 15, 2024 and the entire record herein, and it appearing that the extradition of the remaining co-defendant to the United States from Guatemala is still pending and that the defense needs additional time to review the significant discovery in this case; and because this case has already been declared complex; and because it is this __13th__ day of May, 2024

ORDERED, that the motion is granted and the status hearing in this case shall be continued until __August 15__, 2024, at __12:30 pm__ and it is

FURTHER ORDERED, that the time under the Speedy Trial Act shall be tolled until the next status conference date.

_____
ROYCE C. LAMBERTH
United States District Judge