UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.   10-CR-256 (RCL) |
| | : | |
| v. | : | |
| | : | |
| TOKIRO RODAS RAMIREZ (16) | : | |

### JOINT MOTION TO TOLL TIME UNDER THE SPEEDY TRIAL ACT

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, and counsel for the defendant Tokiro Rodas Ramirez, hereby files this joint motion to toll time under the Speedy Trial Act. In support, the parties submit the following:

1. On May 9, 2013, a federal grand jury returned a fourth superseding indictment against Tokiro Rodas Ramirez (hereinafter, "the defendant"), charging him with RICO conspiracy and other related offenses. Doc. No. 330.

2. On or about August 18, 2022, after having been extradited to the United States, the defendant made his initial appearance before the Court.

3. On August 19, 2024, defense counsel filed his most recent unopposed motion to continue the status conference, requesting a 60-day continuance of the August 19, 2024 status hearing. Doc. No. 728. This Court granted the unopposed motion and reset the status conference to October 11, 2024, tolling the time under the Speedy Trial Act until the next status conference date. Doc. No. 729.

4. However, due to a conflict, the Court rescheduled the status conference for December 13, 2024, at 10:00 a.m. *See* Docket Text for October 7, 2024.

5. The parties now request this Court to toll the time under the Speedy Trial Act until the December 13, 2024 status conference.

1

6. As the Court will recall, this is a complex case, and the trial of three defendants charged in the indictment lasted three weeks. The case involves multiple wiretaps of Spanish speaking defendants, four murders, and numerous other violent crimes. Discovery is voluminous to say the least. Additionally, the remaining defendant, Moises Rivera Luna, is scheduled to be extradited from Guatemala this month and should make his initial appearance in this case before the December 13, 2024 status hearing.

7. Accordingly, given the complex nature of the prosecution of the case at bar pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and to avoid the unnecessary expenditure of the Court's and parties' resources as we await the extradition of the remaining co-defendant, the ends of justice outweigh the best interests of the public and the defendant in a speedy trial and are best served by the status conference continuance.

8. Therefore, the parties agree that the time under the Speedy Trial Act should be tolled until the December 13, 2024 status hearing pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481-052

*/s/ Nihar Mohanty*
Nihar Mohanty
Assistant United States Attorney
D.C. Bar No. 436-686
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7700

*/s/ Lakeita F. Rox-Love*
Lakeita F. Rox-Love
Trial Attorney
MS Bar No. 103871

        1301 New York Avenue, N.W.
        Washington, D.C. 20530
        (202) 307-3345

        */s/ Robert Feitel*
        Robert Feitel, Esquire
        Counsel for Defendant
        1300 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        (202) 450-6133 (Office)
        (202) 255-6637 (Cellular)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 11, 2024, I caused a copy of the foregoing motion to be served on counsel of record via the Electronic Case Filing system.

        */s/ Lakeita F. Rox-Love*
        Lakeita F. Rox-Love
        Trial Attorney