UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 10-CR-256 (RCL) |
| v. | : | |
| **TOKIRO RODAS RAMIREZ (16)** | : | |

## PROPOSED ORDER

Upon consideration of the parties' Joint Motion to Toll Time Under Speedy Trial Act and the entire record herein, and it appearing that the extradition of the remaining co-defendant to the United States from Guatemala is still pending, it is this _15_ day of October, 2024

ORDERED, that the motion is granted and the time under the Speedy Trial Act shall be tolled until the next status conference date.

_____
ROYCE C. LAMBERTH
United States District Judge