UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 10 Cr. 256 (RCL) |
| v. | : | |
| TOKIDO RODAS RAMIREZ | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

Defendant Tokido Rodas Ramirez respectfully moves this Court to continue the status hearing in this case, currently scheduled for Friday, February 14, 2025, for approximately sixty (60) days, until on or about April 11, 2025 or a time convenient for the Court's calendar. Undersigned has consulted with the prosecutor assigned to this case, who does not oppose the requested continuance.

The Government has recently advised that despite representations by the Government of Guatemala, the extradition of the remaining co-defendant Moises Rivera Luna to the United States has again been delayed. While defendant Tokiro Rodas Ramirez is anxious to resolve this case, this Court previously declared the case complex and tolled the Speedy Trial Act. In order to conserve this Court's resources (and those of the parties), the defense requests this continuance. The defendant agrees to waive his Speedy Trial rights until the next return of Court.

An appropriate draft Order is attached hereto.

Respectfully submitted,

*Robert Feitel*
_____
Robert Feitel, Esquire
1300 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

1

D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via ECF to Assistant U.S. Attorney Nijar Mohanty, 601 D Street, Washington, D.C. this 13th day of February 2025.

*Robert Feitel*
_____
Robert Feitel

2