UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :         Case No. 10 Cr. 256 (RCL)

v.                               :

TOKIDO RODAS RAMIREZ             :

Defendant.                       :

## ORDER

Upon consideration of the defendant's Unopposed Motion To Continue the status hearing in this case, currently scheduled for February 14, 2025 and the entire record herein, and it appearing that the extradition of the remaining co-defendant to the United States from Guatemala is still pending and that this case has already been declared complex; and because it is this ___13th___ day of February, 2025

ORDERED, that the motion is granted and the status hearing in this case shall be continued until ___April 11___, 2025, at ___2:30 pm___; and it is

FURTHER ORDERED, that the time under the Speedy Trial Act shall be tolled until the next status conference date.

ROYCE C. LAMBERTH
United States District Judge