UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :  Case No. 10 Cr. 256 (RCL)

v. :

TOKIDO RODAS RAMIREZ :

Defendant. :

## UNOPPOSED MOTION TO WAIVE DEFENDANT'S PRESENCE AT UPCOMING STATUS HEARING AND TO ALLOW UNDERSIGNED COUNSEL TO APPEAR REMOTELY

The next status hearing in this case is scheduled for Friday, April 11, 2025 at which time it is expected that the parties will discuss scheduling a trial date for this matter. This Court issued a Minute Entry today (April 9, 2025) waiving the appearance of co-defendant Moises Rivera Luna at the upcoming status and allowing his counsel to appear remotely.

Undersigned respectfully requests that his client's personal appearance also be waived pursuant to Federal Rule of Criminal Procedure 43(b)(3). The defendant is currently incarcerated at the Rappahannock Jail and advised counsel that he did not want to be transported to the court and back for a brief status hearing. Undersigned counsel will immediately advise his client of the results of the status hearing.

In addition, undersigned also respectfully asks this Court to allow him to appear remotely. This would allow counsel and his family to travel to New York early in the day and be present for an upcoming religious holiday on Saturday. Undersigned counsel and counsel for the co-defendant plan to consult before the April 11, 2025 status to discuss available trial dates with the Government and present the options to the Court.

Undersigned consulted with the Government and the prosecutor assigned to the case does not object to these requests.

An appropriate draft Order is attached hereto.

Respectfully submitted,

*Robert Feitel*

_____

Robert Feitel, Esquire
1300 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a copy of the foregoing was sent via ECF to Assistant U.S. Attorney Nijar Mohanty, 601 D Street, Washington, D.C. and Alfred Guillame, counsel for the co-defendant, this 9th day of April 2025.


*Robert Feitel*
_____
Robert Feitel