UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**MOISES HUMBERTO RIVERA-LUNA** *and* **TOKIRO RODAS-RAMIREZ**,<br><br>*Defendants.* | Case No. 1:10-cr-00256-RCL-14<br>Case No. 1:10-cr-00256-RCL-16 |

## ORDER

Upon consideration of the Government's Motion to Compel Photographing of Defendants [ECF No. 757], which is unopposed, it is hereby **ORDERED**

1. that the Government's Motion is **GRANTED**; and it is further **ORDERED**

2. that the Government may arrange to photograph the above-named defendants at a time and place suitable to the Government after consulting with defense counsel.

**SO ORDERED.**

Date: September 3, 2025

Royce C. Lamberth
United States District Judge

1