UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**MOISES HUMBERTO RIVERA-LUNA** *and* **TOKIRO RODAS-RAMIREZ**,<br><br>*Defendants.* | Case No. 1:10-cr-00256-RCL-14<br>Case No. 1:10-cr-00256-RCL-16 |

### ORDER

The Court has reviewed Defendant Tokiro Rodas-Ramirez's Unopposed Motion to Continue [ECF No. 758] the status hearing currently scheduled for Friday, September 5, 2025, to which co-defendant Moises Humberto Rivera-Luna consents. Upon consideration of the Motion and the entire record, it is hereby **ORDERED** that the September 5 status conference shall be continued until September 23, 2025, at 11:30 a.m. The Court does not anticipate granting further continuances. Because the Court previously excluded time under the Speedy Trial Act in this case through December 1, 2025, no further exclusion is necessary at this time.

The Court also observes that the August 15, 2025, motions deadline has passed without the defendants having made any filings. Any request for a further extension of the motions deadline will require justification, as the Court will not permit extensions to interfere with the December 1, 2025 trial date, which is firm.

Date: September 3, 2025

*/s/ Royce C. Lamberth*
Royce C. Lamberth
United States District Judge

1