US v. Aguilar 10-256 (RMC)
Translation from Spanish to English of original handwritten note by Shelley Blumberg.
This note has little punctuation and some non standard spelling.

Cangri's sister your mother already

received her warning you escaped

the first time in the truck the next

time you won't escape

You all tell Cangri to shut his

mouth your children are going to pay for it

It depends on Cangri otherwise everyone is going to

die you don't know who you all are messing with

---

### Translation Certification

I, Shelley Blumberg, do hereby certify that this is a true and correct translation from Spanish to English of the original handwritten letter. I reserve the right to revise it.

*Shelley Blumberg* [signature]    Date: June 20, 2012
Shelley Blumberg

