UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 10 Cr. 256 (RCL) |
| v. | : | |
| TOKIDO RODAS RAMIREZ | : | |
| Defendant. | : | |

ORDER

Upon consideration of Defendant Tokiro Rodas Ramirez's *Motion To Quash* materials obtained by the prosecution from a Rule 17(c) trial subpoena served upon TransUnion and it appearing that the subpoena was issued in violation of the rule, it is this ________ day of August, 2026

ORDERED, that the motion is granted and the subpoena and its contents are quashed; and it is

FUTHER ORDERED, that the prosecution shall disclose to the defense the names of the persons who reviewed the contents of the material obtained from TransUnion and/or to whom the contents were disclosed.

______________________________
ROYCE C. LAMBERTH
United States District Judge