UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 10 Cr. 256 (RCL) |
| v. | : | |
| TOKIRO RODAS RAMIREZ | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO QUASH**
**IMPROPER RULE 17(C) TRIAL SUBPOENA**

# Exhibit 1
# (copy of prosecution subpoena to TransUnion)

AO 89 (Rev. 08/09; DC 4/10) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

United States of America
v.
Moises Humberto Rivera-Luna, et al.

*Defendant*

Case No. 10-CR-00256 (RCL)

**District of Columbia**

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: TransUnion LLC
555 W. Adams Street
Chicago, IL 60661
Attn: Subpoena Compliance

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place of Appearance: U.S. District Courthouse for the District of Columbia<br>333 Constitution Avenue, N.W,<br>Washington, D.C. 20001 | Courtroom No.: 15/6th Floor |
| | Date and Time: Monday, September 14, 2026 at 9:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

In lieu of personally appearing, you may comply with this subpoena request by promptly providing the undersigned Assistant U.S. Attorney with all responsive records and a completed Declaration of Custodian of Record form (please see enclosed form) **in advance of the September 14, 2026, trial date (preferred date of July 1, 2026).**

*(SEAL)*

Date: June 1, 2026

*CLERK OF COURT*

[signature]

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* *the United States of America* who requests this subpoena, are:

Nihar R. Mohanty, Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street N.W. Room #5.216
Washington, DC 20530
Phone: 202-252-7700 Fax: 202-252-7714
Email: nihar.mohanty@usdoj.gov

Subpoena #TR20260601142917
USAO #2010R01484
In re PVO: 18 U.S.C.§1959
Preparer: CBATTLE