UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 10 Cr. 256 (RCL) |
| v. | : | |
| TOKIRO RODAS RAMIREZ | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO QUASH**
**<u>IMPROPER RULE 17(C) TRIAL SUBPOENA</u>**

# Exhibit 2
# (copy of August 2, 2026 defense letter to prosecution re: subpoena to TransUnion)

**LAW OFFICE OF ROBERT FEITEL, P.L.L.C.**
**1300 Pennsylvania Avenue, N.W.**
**WASHINGTON, D.C. 20004**
**202-255-6637 (cell)**
**RF@RFeitelLaw.com**

August 6, 2026

Nihar Mohanty
Mark Levy
Assistant United States Attorneys
U.S. Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, D.C.

Re: United States v. Tokiro Rodas Ramirez; 10 Cr. 256 (RCL)

Dear Counsel:

On July 30, 2026 we received several sets of documents obtained from various credit services in response to a Rule 17(c) trial subpoena issued in this case. With respect to this event, please advise:

1. Did the district court (or any other judicial officer) review and/or approve the subpoena before it was served.
2. Were the responsive documents provided to the United States Attorney's Office directly?
3. Does the prosecution intend to introduce the documents into evidence at trial and if so, under what theory of relevancy.

Regards,

Robert Feitel

________________
Robert Feitel

Sandi Rhee

________________
Sandi Rhee