UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 10 Cr. 256 (RCL) |
| v. | : | |
| TOKIDO RODAS RAMIREZ | : | |
| Defendant. | : | |

**DEFENDANT'S *MOTION IN LIMINE***

During both the first and second trials of this case, the Court permitted the Government to introduce into evidence through Montgomery County Police Office Tippett a redacted version of a document referred to as MS-13 "rules." The Spanish version of the rules was marked as Government Exhibit 120 and a certified English translation was Government Exhibit 120A. The document was found during the search of an alleged Parkview MS-13 gang member named Miguel Serrano-Medina on September 12, 2012. At trial, Tippett was not able to testify as to who wrote the rules or when they were written and stated that Serrano-Medina was not a member of the Normandie Clique.

On or about April 1, 2026, the Government provided the defense with an "extraction report" of a phone seized during a search of Serrano-Medina's residence. The Report was prepared on August 16, 2012 – more than fourteen (14) years ago. The twenty-two (22) page report contains information concerning the date and time of text messages sent and received by the telephone from April 20, 2012 until July 23, 2012 when the phone's service was suspended. The text messages are written in Spanish. The Government did not attempt to introduce the extraction report or any of these messages into evidence at the second trial (and the document was not provided to the defense until after the first trial concluded).

The prosecution advised on September 11, 2026, however, that they intend to call the person who conducted the extraction as a witness at the trial and to introduce a portion of the text messages into evidence. These text messages (contained in the text boxes numbered 179 – 202) appear to contain the same MS-13 "rules" in Spanish as in Gov. Exhibit 120. Attached as Exhibit 1 are the relevant pages of the extraction report to provide context for this motion. The Government has not provided any formal English translation of the text messages.

The prosecution has acknowledged that they cannot connect these text messages to either the Normandie Clique or either defendant in this case. The Government does not know who wrote the text messages, which contain inadmissible hearsay. The other data in the extraction report (including the telephone numbers) is likewise irrelevant to any issue in this case.

Accordingly, the defense moves this Court *in limine* to preclude the introduction of: (1) any testimony concerning the extraction report; and (2) the text messages. First, the document was disclosed more than fourteen years after it was written and on the eve of the third trial of this case. The relevant text messages are written in Spanish, and the prosecution has not provided a certified English version of the messages.

More fundamentally, the messages do not have any tendency to make a "fact of consequence" more or less probable at the third trial of this case. See Federal Rule of Evidence 401. The Government's expert witnesses and each of its cooperating witnesses previously testified about the "rules" of MS-13 and the introduction of another set of the rules by an anonymous author adds no additional evidentiary value to the case – particularly since the prosecution cannot connect the messages to either defendant in this case. The Court should therefore exclude these text messages pursuant to Federal Rule of Evidence 402 because they are irrelevant.

Even assuming *arguendo* that the duplicative contents of the unauthenticated extraction report had some *de minimis* relevancy, this Court should still exclude the testimony and the text messages pursuant to Fed. R. Evidence 403 because they are “needlessly cumulative” and a “waste of time.”

Respectfully submitted,

Robert Feitel

______________________________

Robert Feitel, Esquire
1300 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

/s/ Sandi S. Rhee

____________________________

Sandi S. Rhee, Esquire
Law Office of Sandi S. Rhee
10001 Georgetown Pike, #63
Great Falls, Virginia 22066
D.C. Bar No. 502417
202-285-8366(cellular)
SandiRheeLaw@Gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to the prosecutors assigned to this case this 14th day of September 2026.

*Robert Feitel*

______________________________
Robert Feitel