UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 10 Cr. 256 (RCL) |
| v. | : | |
| TOKIDO RODAS RAMIREZ | : | |
| Defendant. | : | |

ORDER

Upon consideration of Defendant Tokiro Rodas Ramirez's *Motion In Limine* to preclude the introduction testimony concerning the extraction of a telephone of certain Spanish language text messages and the messages themselves and it appearing that the materials are not relevant to any factual issue in the case and/or would be cumulative of other evidence, it is this ________ day of September 2026

ORDERED, that the motion is granted and the testimony and text messages may not be introduced into evidence during the Government's case-in-chief at the trial of this case.

____________________________
ROYCE C. LAMBERTH
United States District Judge