UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 10 Cr. 256 (RCL) |
| v. | : | |
| TOKIDO RODAS RAMIREZ | : | |
| Defendant. | : | |

**DEFENDANT'S *MOTION IN LIMINE***

# EXHIBIT 1
# (EXCERPT FROM EXTRACTION REPORT)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | verdad ya me canvio por otra pero yo siempre lo voy aquerer anque diga qsoy una gran astuta orale no ha |
| 176 | +50371860805 | N/A | 07/06/12 20:52:39 | Read | Inbox | Phone | Incoming | y pedo se cuida |
| 177 | +12403709807 | N/A | 07/06/12 21:50:29 | Read | Inbox | Phone | Incoming | Hey yamame bueno si quiere ok |
| 178 | 01150376012252 | N/A | 07/07/12 11:36:36 | Sent | Sent | Phone | Outgoing | El yan 240 468 2762 el sen 301 693 8650 |
| 179 | +50378077464 | N/A | 07/07/12 14:36:12 | Read | Inbox | Phone | Incoming | EM ES 13 -1-se aquedado como rioba una gapeda x semana 4 al mes minimo 5 dias para aser el trabajo todo cordinado i ordenado cordinado con el rioba. -2-c |
| 180 | +50378077464 | N/A | 07/07/12 14:36:26 | Read | Inbox | Phone | Incoming | uando descubramos al enemigo en las cantonas el enemigo chabala ocomprobado q.anda manchado el numero osi es chabala reconosido o etc.enemigo aser el tra |
| 181 | +50378077464 | N/A | 07/07/12 14:36:38 | Read | Inbox | Phone | Incoming | bajo q.tenemos q.aser en el momento pero siempre cordinado con el rioba-3-el rioba MS difinitivamente adecretado pena de muerte atodo aquel homies q.sea |
| 182 | +50378077464 | N/A | 07/07/12 14:36:51 | Read | Inbox | Phone | Incoming | conprovado q.aiga violado apersona oprinsipalmente una familiar d.un homies omenor d.12 a}os no ai nada q.ablar proivido con la vida se paga homies. -4-s |
| 183 | +50378077464 | N/A | 07/07/12 14:37:04 | Read | Inbox | Phone | Incoming | ero secuestro ialguien q. Lo aga sera investigado isi sale culpable ai castigo seberos asta la muerte para el culpable vivos homies. -5 - el homies q.se e |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 184 | +50378077464 | N/A | 07/07/12 14:37:17 | Read | Inbox | Phone | Incoming | ncuentre timando o estorsionando a familiares d.homies sera castigado seberamente isin derecho anada d.privilejio -6-el homies q.mate aun familiar de un |
| 185 | +50378077464 | N/A | 07/07/12 14:37:30 | Read | Inbox | Phone | Incoming | homies sera castigado seberamente asta la vida puede perder trucha homies-7-el levianismo la hongro q.sea descubierta ono paren estas axiones pagara con |
| 186 | +50378077464 | N/A | 07/07/12 14:37:43 | Read | Inbox | Phone | Incoming | su vida igual forma jente sivilabran ej.-X-el bario aestipulado q.nadie puede brincar aun homies q.no seaiga sacado d.su clika q.pertenese-9- el homies q |
| 187 | +50378077464 | N/A | 07/07/12 14:37:56 | Read | Inbox | Phone | Incoming | .se tire a estorsionar anombre d.otro homies nose la ba acabar si es culpable no queda nada oculto vivos homies-10-se aquedado claro q.no se puede ir abu |
| 188 | +50378077464 | N/A | 07/07/12 14:38:17 | Read | Inbox | Phone | Incoming | scar al enemigo como se a estipuladn pero si dentran ala clica apasear las nalgas sin duda eliminenlo pero q.quede dentro de nuestra clika cetrata d.bala |
| 189 | +50378077464 | N/A | 07/07/12 14:40:36 | Read | Inbox | Phone | Incoming | EM ES 13 -1-se aquedado como rioba una gapeda x semana 4 al mes minimo 5 dias para aser el trabajo todo cordinado i ordenado cordinado con el rioba. -2-c |
| 190 | +50378077464 | N/A | 07/07/12 14:40:49 | Read | Inbox | Phone | Incoming | uando descubramos al enemigo en las cantonas el |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | enemigo chabala ocomprobado q.anda manchado el numero osi es chabala reconosido o etc.enemigo aser el tra |
| 191 | +50378077464 | N/A | 07/07/12 14:41:01 | Read | Inbox | Phone | Incoming | bajo q.tenemos q.aser en el momento pero siempre cordinado con el rioba-3-el rioba MS difinitivamente adecretado pena de muerte atodo aquel homies q.sea |
| 192 | +50378077464 | N/A | 07/07/12 14:41:14 | Read | Inbox | Phone | Incoming | conprovado q.aiga violado apersona oprinsipalmente una familiar d.un homies omenor d.12 a}os no ai nada q.ablar proivido con la vida se paga homies. -4-s |
| 193 | +50378077464 | N/A | 07/07/12 14:41:28 | Read | Inbox | Phone | Incoming | ero secuestro ialguien q. Lo aga sera investigado isi sale culpable ai castigo seberos asta la muerte para el culpable vivos homies. -5 - el homies q.se e |
| 194 | +50378077464 | N/A | 07/07/12 14:41:41 | Read | Inbox | Phone | Incoming | ncuentre timando o estorsionando a familiares d.homies sera castigado seberamente isin derecho anada d.privilejio -6-el homies q.mate aun familiar de un |
| 195 | +50378077464 | N/A | 07/07/12 14:41:53 | Read | Inbox | Phone | Incoming | homies sera castigado seberamente asta la vida puede perder trucha homies-7-el levianismo la hongro q.sea descubierta ono paren estas axiones pagara con |
| 196 | +50378077464 | N/A | 07/07/12 14:42:06 | Read | Inbox | Phone | Incoming | su vida igual forma jente sivilabran ej.-X-el bario aestipulado q.nadie puede |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | brincar aun homies q.no seaiga sacado d.su clika q.pertenese-9- el homies q |
| 197 | +50378077464 | N/A | 07/07/12 14:42:19 | Read | Inbox | Phone | Incoming | .se tire a estorsionar anombre d.otro homies nose la ba acabar si es culpable no queda nada oculto vivos homies-10-se aquedado claro q.no se puede ir abu |
| 198 | +50378077464 | N/A | 07/07/12 14:42:32 | Read | Inbox | Phone | Incoming | scar al enemigo como se a estipuladn pero si dentran ala clica apasear las nalgas sin duda eliminenlo pero q.quede dentro de nuestra clika cetrata d.bala |
| 199 | +50378077464 | N/A | 07/07/12 14:42:45 | Read | Inbox | Phone | Incoming | chas reconosidos -11-en el caso d.un homies q.yege a vivir a cualquier sona o espasio d.alguna clica tendra el derecho d.vivir en ese lugar no podra agar |
| 200 | +50378077464 | N/A | 07/07/12 14:42:58 | Read | Inbox | Phone | Incoming | ar chequeos o rentas ni transes en ese lugar podra solo vivir isi sele detectan chequeos d.ese lugar para su clika el bario selos decomisaran ipasaran am |
| 201 | +50378077464 | N/A | 07/07/12 14:43:12 | Read | Inbox | Phone | Incoming | anos d.la clika q.este en ese lugar osi ai mas de una ellos desediran aonde quedarse solo vivienda nada mas podra tener no podra levantar su clika en ese |
| 202 | +50378077464 | N/A | 07/07/12 14:43:25 | Read | Inbox | Phone | Incoming | lugar d.esa otra clika ......ei homi estas son los puntos acordados el 1X d.junio orale homi d.los PVLS .aqui los C]LS como tu sabes LA MARA. SALVATRUCH |
| 203 | +50378077464 | N/A | 07/07/12 14:43:31 | Read | Inbox | Phone | Incoming | A. 1 |